JOHN FORREST ZUMBRO
CDCR No. C-69757
SAN QUENTIN STATE PRISON
SAN QUENTIN, CALIFORNIA
94964


Filed
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN FORREST ZUMBRO )   CASE No. C06-6010 RMW (PR)
         PETITIONER, )
                     )   NOTICE OF APPEAL
                     )   FROM JUDGEMENT OF THE
                     )   DISTRICT COURT AND FOR
v.                   )   APPLICATION FOR LEAVE
                     )   TO PROCEED IN FORMA
A.P. KANE. WARDEN ET AL ) PAUPERIS.
         RESPONDENT. )

### NOTICE OF APPEAL

To the Honorable Ronald M. Whyte, Judge for the United States District Court for the Northern District;

Petitioner / Appellant herein respectfully requests this court take notice that the above Petitioner appeals to the United States Court of Appeals for the Ninth Circuit from the order of the Northern District Court entered on July 21, 2008, DENYING PETITIONER'S PETITION for Writ of Habeas Corpus, brought pursuant to 28 USC, Section 2254.

It should be noted that request for Certification of Appealability is not required in this case, as Petitioner / Appellant's challenge is to an Administrative Decision reguarding the execution of his sentence (SEE WHITE v. LAMBERT, 370 F.3d 1002 (9th. Cir. (2004) at p. 1010;) AND (FRANTZ v. HAZEY, 573 F.3d 1002, (9th. Cir. (2008) ALSO (SASS v. B.P.T., F. SUPP.2d, 975 (2005).

Petitioner / Appellant further submits that he is unable to pay the filing fee and respectfully requests that this Honorable Court grant him leave to proceed in FORMA PAUPERIS. (SEE ATTACHED APPLICATION)

DATED; 8-18-08

RESPECTFULLY SUBMITTED;

JOHN FORREST ZUMBRO
PETITIONER / APPELLANT
IN PROPRIA PERSONA

SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94964

LEGAL MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

LEGAL MAIL



LEGAL MAIL

