**FILED**

**AUG 2 1 2008**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN FORREST ZUMBRO

    Plaintiff,

A.P. KANE, WARDEN, ET.AL.

    Defendant.
_____/

CASE NO. C06-6010 RMW (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, __JOHN FORREST ZUMBRO__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _XX_   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer.

Gross: __$40.00__    Net: __$40.00__

Employer: __PRISON INDUSTRY AUTHORITY, SAN QUENTIN STATE PRISON__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__N/A__

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or    Yes ___ No _XX_
        self employment
    b.   Income from stocks, bonds,    Yes ___ No _XX_
        or royalties?

    c.    Rent payments?                       Yes ___ No XX
    d.    Pensions, annuities, or           Yes ___ No XX
         life insurance payments?
    e.    Federal or State welfare payments,    Yes ___ No XX
         Social Security or other govern-
         ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

    N/A

    N/A

3.    Are you married?    Yes ___ No XX

Spouse's Full Name:     N/A

Spouse's Place of Employment:     N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A                     Net $ N/A

4.    a.    List amount you contribute to your spouse's support:

$     NONE

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

    NONE

    NONE

5.    Do you own or are you buying a home?    Yes ___ No XX

Estimated Market Value: $ N/A      Amount of Mortgage $ N/A

6.    Do you own an automobile?    Yes ___ No XX

Make     N/A     Year N/A    Model N/A

Is it financed? Yes ___ No N/A If so, Total due: $ N/A

Monthly Payment: $ __N/A__

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _XX_   TRUST ACCOUNT

Name(s) and address(es) of bank: __PRISON TRUST ACCOUNT, SAN QUENTIN STATE PRISON__

__SAN QUENTIN, CALIFORNIA, 94964__

Present balance(s): $ _222.30_

Do you own any cash? Yes ___ No _xx_  Amount: $ ___N/A___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No _xx_

_____N/A_____

8. What are your monthly expenses?

Rent: $ ___N/A___   Utilities: ___N/A___

Food: $ ___40.00___   Clothing: ___N/A___

Charge Accounts:   NONE

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ NONE | $ NONE |
| N/A | $ NONE | $ NONE |

(N/A entries and NONE amounts struck through)

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-18-08
DATE

SIGNATURE OF APPLICANT
JOHN FORREST ZUMBRO,    C-69757

Case Number: C 06 6010 RMW (PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of JOHN FORREST ZUMBRO for the last six months at
[prisoner name]

SAN QUENTIN STATE PRISON where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $43.63 and the average balance in the prisoner's account each month for the most recent 6-month period was $43.63.

Dated: 8-8-08

_____
Authorized officer of the institution

5

```
REPORT ID: TS3030 .701                         REPORT DATE: 08/08/08
                                                PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 08, 2008 THRU AUG. 08, 2008

ACCOUNT NUMBER  : C69757                BED/CELL NUMBER: N  5 000000000084L
ACCOUNT NAME    : ZUMBRO, JOHN FORREST  ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                         TRUST ACCOUNT ACTIVITY

DATE     CODE  DESCRIPTION          COMMENT        CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
02/08/2008  BEGINNING BALANCE                                                           36.50
02/11   FR01  CANTEEN RETUR  7031111  31127/MAIN2                          0.01-        36.51
02/11   FC01  DRAW-FAC 1              3127/MAIN2                          36.51          0.00
03/17   FR01  CANTEEN RETUR  7035595                                       0.11-         0.11
03/17   FC01  CANTEEN PAYROL          4702/MAY08                          22.60         22.71
06/03   D550  INMATE PAYROL           4702/MAY08                22.60                    0.11
06/06   W451  DONATION-JEW1           4771FDSALE                           4.71          0.71
06/10   FC01  DRAW-FAC 1              4800/MAIN1                          18.00         18.71
07/02   D550  INMATE PAYROL           0007JUNE08                 4.60                    4.71
07/14   FC01  DRAW-FAC 1              800186                              0.10-          4.71
07/14   FR01  CANTEEN RETUR  800186                              0.10-                   4.71
07/17   D300  CASH DEPOSIT            0195/MAIN2                                        17.01
                                      0227MAILRM                                        17.11
08/07   D550  INMATE PAYROL           0436JULY08                47.30                  222.30
                                                              175.00                   175.00
                                                                                       222.30

                          TRUST ACCOUNT SUMMARY
        BEGINNING        TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
         BALANCE        DEPOSITS     WITHDRAWALS     BALANCE      BALANCE         TO BE POSTED
          36.50          261.80         76.00         222.30        0.00              0.00

                                             CURRENT
                                            AVAILABLE
                                             BALANCE
                                              222.30
```

# DECLARATION OF SERVICE BY MAIL

I, JOHN F. ZUMBRO, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am ~~not~~ a party to the cause within. My residence address is:

> CDC No. C-69757   Housing 5-N-84L
> San Quentin State Prison
> San Quentin, CA 94974

On AUGUST 18TH, 2008, I served the following document(s):
   Month/Day      Year

NOTICE OF APPEAL AND APPLICATION TO PROCEED IN FORMA PAUPERIS.

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA. 94102-7004

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this 18TH day of AUGUST, 2008, at San Quentin, CA, County of Marin.

_____
Signature of declarant