UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 28, 2008

**CASE INFORMATION:**
Short Case Title:  <u>Zumbro</u>-v- <u>Perez</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge Ronald M. Whyte</u>
Criminal and/or Civil Case No.:  <u>CV 06-06010 RMW</u>
Date Complaint/Indictment/Petition Filed: <u>9/27/2006</u>
Date Appealed order/judgment *entered* <u>7/22/2008</u>
Date NOA *filed* <u>8/21/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ☐ denied in full (send record)
                           ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: <u>none</u>   (no hearings held)

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending?  <u>X</u> yes   ☐ no                               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: John Forrest Zumbro       Appellee Counsel: Denise Alayne Yates
   Prisoner ID # C-69757                        Office of the Attorney General
   San Quentin State Prison                     455 Golden Gate Avenue, Suite 11000
   San Quentin, California 94964                San Francisco, California 94102-7004
                                                415-703-5531
                                                denise.yates@doj.ca.gov

☐ retained   ☐ CJA   ☐ FPD   <u>X</u> Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Diane Miyashiro</u>
                                                    408-535-5373