*E-FILED - 10/20/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORREST ZUMBRO,<br><br>    Petitioner,<br><br> vs.<br><br>A.P. KANE, Warden, et al.,<br><br>    Respondents. | No. C 06-6010 RMW (PR)<br><br>ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>(Docket No. 15) |

Good cause appearing, petitioner's request for leave to proceed in forma pauperis on appeal is GRANTED.

This order terminates docket number 15.

IT IS SO ORDERED.

DATED: __10/17/08_____

*Ronald M. Whyte*
RONALD M. WHITE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\HC.06\Zumbro010afp.wpd            1