***E-FILED - 6/29/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FORREST ZUMBRO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>A.P. KANE, Warden, et al.,<br><br>　　　　Respondents. | No. C-06-6010 RMW (PR)<br><br>ORDER GRANTING CERTIFICATE OF APPEALABILITY |

　　This case has been remanded to the district court for the limited purpose of granting or denying a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner filed an appeal of the district court's denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the California Board of Prison Terms decision denying him parole. Therefore, the district court is required to grant or deny a certificate of appealability in the first instance.

　　The court finds that jurists of reason would find it debatable whether petitioner's right to due process was violated by the Parole Board's decision denying him parole based upon his contention that there is no evidence to support the Board's finding that he is unsuitable for parole. Therefore, the request for a certificate of appealability is GRANTED.

　　The clerk shall transmit the file, including a copy of this order, to the Court of Appeals. *See* Fed. R. App. P. 22(b).

DATED: 6/29/10

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Certificate of Appealability
C-06-6010                          1